IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROSA ISELA TORRES ALMANZA, | CASE NO. 4:09-cv-00655 |
| Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., | |
| Garnishee. | |

## AGREED JUDGMENT

Came on Plaintiff/Garnishor Rosa Isela Torres Almanza, Judgment-Defendants Taqueria El Alteno No. 1, Inc., Maria Leon, and Veronica Leon, and Garnishee JPMorgan Chase Bank, N.A. ("Chase Bank"), who announced to the Court, as evidenced by their signatures or signatures of their counsel below, that they had agreed to a final judgment in this cause as set forth herein. Accordingly, it is

**ORDERED, ADJUDGED and DECREED** that Plaintiff/Garnishor recover from Chase Bank the sum of TWENTY-SIX THOUSAND FOUR HUNDRED ($26,400.00) from the funds of Judgment-Defendant which Chase Bank is holding pursuant to the Writ of Garnishment issued in this cause, which sum is to be credited toward the Judgment in Case No. 4:09-cv-00655, rendered in this Court in favor of Plaintiff/Garnishor and against Judgment-Defendants on November 23, 2010.

It is further **ADJUDGED, ORDERED and DECREED** that Chase Bank is awarded judgment for its costs and expenses, including a reasonable attorney's fee, pursuant to TEX. R. CIV. P. 677, in the sum of SIX HUNDRED AND NO/100 DOLLARS ($600.00) against Judgment-Defendant to be paid from the funds of Judgment-Defendant which Chase Bank is holding pursuant to the Writ of Garnishment issued in this cause.

Agreed Judgment Page 1 of 3

It is further **ORDERED** that all other funds and effects being held by Chase Bank pursuant to the Writ of Garnishment issued in this cause are to be released immediately upon the payment of the sums set forth above.

It is further **ORDERED** that the $26,400 payment to Plaintiff and the $600 payment to Chase Bank will come from the account in the in the name of "Taqueria El Alteno #1, Inc." and that all remaining funds in that account or any other account garnished by Plaintiff, including the funds in the account under the name of "Maria E. Leon" (See Doc. 88 at ¶ 2), are immediately released upon the payment of the sums set forth above.

It is further **ADJUDGED, ORDERED and DECREED** that Chase Bank is discharged of any further liability to Plaintiff/Garnishor and Judgment-Defendant to the extent of the funds garnished herein.

It is further **ORDERED** that all costs of court herein are taxed against the party incurring same.

This judgment disposes of all claims and all parties, is appealable, and therefore is a final disposition of this cause.

SIGNED this 23rd day of Dec, 2010.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

**Agreed and Entry Requested:**

_____
David I. Moulton
State Bar No. 24051093
BRUCKNER BURCH PLLC
1415 Louisiana Street, Suite 2125
Houston, Texas 77578
Tel: (713) 877-8788
Fax: (713) 877-8065
**Attorney for Plaintiff/Garnishor**

_____ 12/23/10
Truman E. Spring, Jr.
State Bar No. 18966550
SPRING LAW FIRM
1412 Main Street, Suite 400
Dallas, Texas 75202-4083
(214) 752-3113
**Attorney for Garnishee**

_____
AL FLORES, JR.
State Bar No. 07162215
The Washington Centre Building
4601 Washington Ave., Suite 200
Houston, Texas 77007
Tel: (713) 522-6600
Fax: (713) 522-6601
**Attorney for Judgment-Defendants**

Agreed Judgment Page 3 of 3